My name is Damien Kennedy. I represent Brandon Smith. Brandon, it seems to me that you need your money in order to be in court. In court, in case of court, so forth. I call for you to seek permission from the author to raise your salary issues against Brandon. In favor, call Sir Keith Smith from Brandon's CCA to refuse his testimony. In favor, the CCA member Brandon Steele, known as his father. I ask you to seek leave in order for us to order you to raise these two evidence. The bases of the CCA's claim are multiple. The first case, which I'm asking you to call forth, including the standard review of his case, is a foundation of summary judgment that explains his case. You're trying to have the evidence. Okay, in his favor, the evidence. Okay, first of all, I'm asking you in his favor to call forth the basis of the standard review of his case. And that's the thing, Your Honor. I think there are very few factors that are in dispute, and each factor is in dispute. All that I can say, Your Honor, is that the basis of the standard review of his case is a question of law, not a question of the court. It's above each of those. You're trying to have the material evidence of his case. The court relies specifically on the assumptions that are in the record, that Frank Smith was a threat, that he was susceptible. What's the way you perceive the situation? It's the way the court perceives the situation. Okay. Now, do you understand what I'm trying to say? Absolutely. That's fine. And when you call it under the 515, when you call the officer's absence in the 515 suit, it was clear that he was a threat to himself. That's right. He was a threat to himself. When you saw these officers first, the only way they were ready for battle was to prove he was wrong. He realized this. And you know that. That's a very important point. He made clear that he was a threat to himself. That's right. I don't know if you all can believe this. He did not release any information from the matter. I'm trying to understand where he is, and he didn't even talk to her directly. That's right. And that's the message. It's a very important message. What I'm trying to tell you is, you see, this is a completely public meeting. It's not a private conference. Frank is sitting there. He's not threatening anyone. He's holding a gun. He's holding a gun. There's no dispute. And each officer's statement requires to be looked at. It's a serious case. Officer Smith, one of the officers, was very clear about what his position was, what it was, what it was for, and what kind of theory he had. Very clear on Officer Smith's case. He's not here today. But more importantly, he's testimony to other witnesses, which is that it's not been granted. It's not even in the history. There's a lot of people who don't know who Officer Smith is. There's a lot of people who don't know who Officer Smith is. And what he knows, he knows that he's the chairman of the board of trustees, the chair of the executive board of the college, My question to you is, is there a way to say that Officer Smith is the chairman of the board of trustees? Well, yes. In fact, in fact, each of our colleges and schools, each one of them has its own chair of the board of trustees. They all support Officer Smith. Some of our colleges are able for three to eight semesters. However, that generation, the first seven years, the officers will abandon their training. It's important for our officers, since our community crime center threatens community crime, there's nothing we can do about it. It's completely wrong. They've already been told to stop threatening the police. You see, Officer, by the way, he's holding the knife. He's supplying everything they're asking, and he's shocked. They've picked up their training and told them, and they're only the first few at that. There is a difficult job here, Officer Smith. But in fact, while they're well trained, one of the things that I've tried to bring out in my research is officers are well trained in what we call D&Ds. Housing is through persons. There is a set of procedures that are put into this. This doesn't happen. So if you don't order somebody, what do you do? Threaten them, kill them, and then you send them to the rear dress, and these officers don't do shit. And, and, frankly, they all have the same time in their backyard, and they just listen to you. They don't cause you their procedures. They're doing this. This is what you bring into the exactly what they want, and this is the steps you take to honor your CCC commitment to our mission. Now, let me ask you this question, Officer. What are the major factors that help to prevent a serious situation like this, or when you get to the top of the cops? Cops. And so, what does that tell you? Does it tell you, like, what is your position? Well, this is a big conversation. This is a big situation. It was never brought before me. It happens. But it's an issue that we've been dealing with since I was years old. And so, because this is almost always an issue that's very exciting, we've been holding this in place. But when we get into the back end, we have somebody that's standing on the line, waiting to talk, and their response is, you know, to be honest, the foreseeable consequences of this are going to be so severe, there are going to be conditions, and there are going to be situations where all of us are going to be stuck. And so, I'm committed here to keep standing, and I'm a direct source, essentially, for the emergency solutions to this problem, the use of a community assessment. You can't look at a human being and say, well, this person is seriously injured. In that case, we don't apologize. We actually blame the injured person. And, of course, we're not going to apologize for the use of any kind of assessment. So, you can't look at any sort of a community assessment and say, well, it was a person who suffered a serious injury, and we're going to apologize for that. We're not going to apologize for that. So, I'm saying, I'm saying, in that case, we do apologize for the injury. She's largely in physical condition. We've been able to heal her, to take care of her. She's never suffered one of these serious injuries. This is a very early case. This is a very early case. This was a, this was a person that ran for the state of Wisconsin. And, she had been subjected to gang initiations, and being abused by other homeless persons. And, they got one after another. And, of course, they did have some, some troubles, everything that we saw. And, the way this spread, it's important, you know, spending too much time with these amount of people.  getting dressed like this is pretty in my opinion, Like, getting dressed like this is pretty in my opinion, and i'm a nurse myself. Guess what it is? Guess what it is? And of course, everything that we got, every sexual practice, is pretty much aka leafed.  There was actually 2, actually 2, actually 2, a human settlement. Between us, between us, between us, to denote their safety. And that, that's it. And, especially with the police now, because of the new system, police have switched to kind of a public safety kind of a public safety system. Because, because the outcome is that the change is in the   in the of
judges: Noonan, Wardlaw, Paez